

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00412-CR

Javier **CARDENAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1577
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's court-appointed appellate counsel has filed a Motion to Withdraw as Counsel. The motion is GRANTED.

Mr. Michael D. Robbins, Assistant Public Defender on behalf of the Bexar County Public Defender's Office, has filed a Designation of Lead Counsel for Appellant. Mr. Robbins is reminded that appellant's brief is due no later than November 20, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court